**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF NORTH DAKOTA

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and

the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-

| | | |
|---|---|---|
| 1. | Debtor's name | C Company General Contractors, LLC |
| 2. | All other names debtor used in the last 8 years | aka C Company; aka C Company Hydrovac |
| | Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer

4  5  –  3  7  1  6  2  7  2

4. Debtor's address

| Principal place of business | Mailing address, if different from principal |
|---|---|
| 506 2nd Street East | P.O. Box 2739 |
| Number        Street | Number        Street |
| | P.O. Box |
| Williston        ND        58801 | Williston        ND        58802 |
| City        State        ZIP Code | City        State        ZIP Code |
| Williams | Location of principal assets, if different from principal place of business |
| County | |
| | Williston, North Dakota |
| | Number        Street |
| | City        State        ZIP Code |

5. Debtor's website (URL)        www.vac-trucks.com

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor C Company General Contractors, LLC _____ Case number (if known)_____

| 7. | Describe debtor's business | A. Check one: |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

  2   1   3   1

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | Check one: |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. Check all that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
    insiders or affiliates) are less than $2,490,925 (amount subject to

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D). If the
    debtor is a small business debtor, attach the most recent balance sheet,
    statement of operations, cash-flow statement, and federal income tax

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the
    Securities and Exchange Commission according to § 13 or 15(d) of the Securities
    Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No |
|---|---|---|
| | If more than 2 cases, attach a | ☐ Yes. District_____ When_____ Case number_____ |
| | | MM / DD / YYYY |
| | | District_____ When_____ Case number_____ |
| | | MM / DD / YYYY |
| | | District_____ When_____ Case number_____ |
| | | MM / DD / YYYY |

Debtor C Company General Contractors, LLC _____    Case number (if known)_____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1,

    ☑ No

    ☐ Yes.  Debtor _____    Relationship_____

    District _____    When _____
    MM / DD / YYYY

    Case number, if known_____

    Debtor _____    Relationship_____

    District _____    When _____
    MM / DD / YYYY

    Case number, if known_____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180
    days immediately preceding the date of this petition or for a longer part of such 180 days

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes.Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?_____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
    attention (for example, livestock, seasonal goods, meat, dairy, produce, or

    ☐ Other_____

    **Where is the property?** _____
    Number        Street

    _____

    _____
    City                              State      ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____

    Contact name    _____

    Phone            _____

**Statistical and adminstrative information**

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor <u>C Company General Contractors, LLC</u>                Case number (if known)_____

| 14. Estimated number of creditors | | | |
|---|---|---|---|
| | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to

**17. Declaration and signature of authorized representative**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/18/15
MM / DD / YYYY

X _____     Seth Church
Signature of authorized representative of debtor    Printed name

Title Managing Member

**18. Signature of attorney**

X _____     Date 12/22/2015
Signature of Attorney for Debtor    MM / DD / YYYY

**Kip M. Kaler**
Printed name
**Kaler Doeling PLLP**
Firm Name
**3429 Interstate Blvd. S.**
Number    Street
**PO Box 9231**

**Fargo**        **ND**    **58106-9231**
City        State    ZIP Code

Contact phone (701) 232-8757    Email address kip@kaler-doeling.com

**03757**
Bar number        State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of  NORTH DAKOTA

**In re**   **C Company General Contractors, LLC**

Case No. _____

**Debtor**

Chapter ____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.       Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
named debtor(s) and that compensation paid to me within one year before the filing of the petition in
bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s)
in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_ 240/hour

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $25,000 ($4,953 of this for
pre-bankruptcy filing attorney fees
and $1,717 for ch. 11 bky. filing fee)

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$_____

2.       The source of the compensation paid to me was:

☐ Debtor          ☐ Other (specify)  $20,250 from Nels Church (deposited with attorney trust as
collateral for future fees, $303 for pre-bankruptcy fees and
$1,717 for filing fee); $4,650 from debtor applied to pre-
bankruptcy fees and costs.

3.       The source of compensation to be paid to me is:

☐ Debtor              ☐ Other (specify)

4.       ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are
members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
members or associates of my law firm. A copy of the agreement, together with a list of the names of the
people sharing in the compensation, is attached.

5.       In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the
bankruptcy case, including:

a.       Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
file a petition in bankruptcy;

b.       Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.       Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.        By agreement with the debtor(s), the above-disclosed fee does not include the following services:

       Any attorney service outside of the bankruptcy case.

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _12/23/15_ | _/s/ Kip M. Kaler_ |
| Date | Signature of Attorney |
| | |
| Name of law firm -_Kaler Doeling, PLLP, PO Box 9231, Fargo, ND 58106_ | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
FARGO DIVISION

IN RE:   C Company General Contractors, LLC                                    CASE NO

                                                                               CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  _12 - 18 - 2015_                          Signature _____

                                                         *Seth Church*
                                                         **Managing Member**

Date _____           Signature _____

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | C Company General Contractors, LLC |
| United States Bankruptcy Court for the DISTRICT OF NORTH DAKOTA | |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which
the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Gary and Aldena Woody PO Box 10178 Fairbanks, AK 99710 | | Unsecured Loan | | | | $166,083.26 |
| 2  Jack Doheny Companies, Inc. PO Box 609 Northville, MI 48167 | | Lease payments | | | | $148,125.00 |
| 3  Philip B. Evans PO Box 85103 Fairbanks, AK 99708 | | Unsecured loan | | | | $138,507.38 |
| 4  Richard Bienvenue PO Box 5822 Fairbanks, AK 99711 | | Unsecured loan | | | | $135,301.22 |
| 5  American Express Box 0001 Los Angeles, CA 90096-8000 | | Credit Card | | | | $116,666.81 |

Debtor      **C Company General Contractors, LLC**_____ Case number (if known)_____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  FS Solutions Group 75 Remittance Dr. Suite 6146 Chicago, IL 60675-6146 | | Parts and Repairs | | | | $34,930.68 |
| 7  Horizon Resources 209 Washington Ave. Williston, ND 58801 | | Fuel on Credit | | | | $34,285.90 |
| 8  Workforce Safety & Insurance PO Box 5585 Bismarck, ND 58506-5585 | | Employer Insurance | | | | $30,698.22 |
| 9  Black Gold Express 150 Eagle Ave. Box 4 Fairbanks, AK 99701 | | Work performed | | | | $28,697.91 |
| 10  R360 Williston Basin, LLC Prairie Disposal LLC PO Box 870207 Dallas, TX 75267- | | Use of disposal treatment facility | | | | $23,604.70 |
| 11  Garner Environmental Services, Inc. 1717 W. 13th St. Deer Park, TX 77536 | | lawsuit for overpayment | | | | $16,053.97 |
| 12  Timothy Amsden 1322 18th St. E. Williston, ND 58801 | | Past due rent | Disputed | | | $10,000.00 |
| 13  Braun Trucking, Inc. PO Box 1033 Tioga, ND 58852 | | Supplied water | | | | $10,000.00 |

Debtor      **C Company General Contractors, LLC**_____Case number (if known)_____
                 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Rain for Rent File 52541 Los Angeles, CA 90074-2541 | | Supplied tanks | | | | $8,562.84 |
| 15 Purity Oilfield Services, LLC PO Box 2567 Williston, ND 58801 | | Services Provided | | | | $7,915.28 |
| 16 North Dakota Motor Vehicle Department 608 E. Boulevard Ave. Dept. 780 Bismarck, ND 58505- | | Tax & Title | | | | $6,578.00 |
| 17 Gibsons Wisco, Inc. PO Box 2477 Williston, ND 58802 | | Disposal Services | | | | $5,541.00 |
| 18 Home of Economy PO Box 13430 Grand Forks, ND 58208-3430 | | Supplies on Credit | | | | $4,235.06 |
| 19 Super Products LLC 16900 W. Cleveland Ave. New Berlin, WI 53151 | | Arrearage | | | | $3,495.74 |
| 20 Nels Church PO Box 10972 Fairbanks, AK 99710 | | Money for a piece of equipment | | | | $3,443.87 |

Official Form 204 Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 3

(4/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re:  C Company General Contractors, LLC<br><br>Debtor(s). | Case No.<br><br>Chapter 11 |
|---|---|
| Plaintiff(s),<br><br>-vs-<br><br><br>Defendant(s). | Adv. No. |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1, the undersigned corporation _____
C Company General Contractors, LLC _____ (name of corporation)
certifies that:

1. _____ the following is a complete and accurate list of corporation(s) that directly or indirectly own(s) 10% or more of any class of its equity interests:

OR

2. X_____ there are no entities to report under Fed. R. Bankr. P. 1007(a)(1) or 7007.1.

The undersigned corporation further acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

Date: 12-18-2015

Name of Corporation C Company General Contractors, LLC
By: Seth Church
Its: Managing Member